Loretta Pabis, Administratrix of Estate of Walter Dembski, Deceased, Appellant, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellees.

Gen. No. 43,431.

opinion filed April 11, 1946; released for publication May 16, 1946. Edward M. Burke, for appellant; Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.